## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00203-AP

GLORIA M. GONZALES,

      Plaintiff *Pro Se*,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

___

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
___

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Georgia M. Gonzales<br>*Pro Se* Plaintiff<br>16336 Road G<br>Ordway, CO 81063<br>719-267-4025 | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 1/31/08
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 3/24/08
   C. **Date Answer and Administrative Record Were Filed:** 5/8/08

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff *pro se* states that the record does not contain a report from Philip C. Marin, M.D., dated September 23, 2002; she sent this report to the Appeals Council; and she will mail a copy of the report to Defendant's counsel.

Counsel for Defendant states that the Appeals Council considered a surgical consultation from Dr. Marin dated August 28, 2002 (Tr. 7, 153-54).

Upon receipt of the September 23, 2002, report, Defendant's counsel will determine whether the Appeals Council received the letter and whether it warrants voluntary remand and/or a supplemental record. If not, the relevancy of the September 23, 2002, report from Dr. Marin will be attached to, and addressed in, the briefs.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Other than the September 23, 2002, report from Dr. Marine (discussed above), neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, state that they are not aware of any unusual claims or defenses in this case.

7. **OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    A. **Plaintiffs Opening Brief Due:**    7/8/08
    B. **Defendant's Response Brief Due:**    8/8/08
    C. **Plaintiffs Reply Brief (If Any) Due:**    8/25/08

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B. **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of May, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

| APPROVED: | For Defendant: |
|---|---|
| For Plaintiff: | TROY A. EID<br>United States Attorney |
| s/ Georgia M. Gonzales 5/28/08<br>Georgia M. Gonzales<br>*Pro Se* Plaintiff<br>16336 Road G<br>Ordway, CO 81063<br>719-267-4025 | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | s/ Debra J. Meachum 5/28/08<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>Debra.meachum@ssa.gov |