IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-203-AP**

**GEORGIA M. GONZALES,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

## ORDER

**KANE, J. ORDERS**

On July 17, 2008, this Court entered an Order to Show Cause as to why this case should not be dismissed for failure to prosecute. Plaintiff then filed her Opening Brief (doc. #24), on July 29, 2008. As a result the Order to Show Cause is now DISCHARGED. Plaintiff's brief is accepted as timely filed. Plaintiff's Motion to Add Additional Evidence (doc. #23), is GRANTED to the extent that the documents submitted will be accepted as attachments to her brief.

DATED at Denver, Colorado this 1st day of August, 2008.

                            BY THE COURT:

                            *S/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT